IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS O. TATE, #180664, ) | |
| a/k/a MARCUS OLRANDO TAITE, ) | |
| a/k/a DR. ELIJAH J. MUHAMMED, II, ) | |
| a/k/a DR. ELIJAH JOSHUA MUHAMMAD, ) | |
| a/k/a ELIJAH JOSHUA MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:13cv726-WHA |
| ) | |
| PRESIDENT PRO TEMPORE ) | |
| SENATORS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on the Order and Recommendation of the Magistrate Judge (Doc. #9), entered on October 24, 2013, together with Plaintiff's Objection (Doc. #13).

After an independent evaluation and *de novo* review of the file, the court finds the objection to be without merit, and it is hereby OVERRULED.  The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to pay the requisite filing fee upon initiation of this case.

DONE this 14th day of November, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE